IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| FABIAN ROQUE, | ) |
| | ) Civil Action No. 1:06-cv-00143 |
| Plaintiff, | ) |
| | ) Judge Gary L. Lancaster/ |
| v. | ) Magistrate Judge Lisa Pupo Lenihan |
| | ) |
| MS. LISA PETERS, et al. | ) |
| | ) |
| Defendants. | ) |
| | ) |

### MEMORANDUM ORDER

Plaintiff's complaint was received by the Clerk of Court on June 29, 2006 and was referred to United States Magistrate Judge Susan Paradise Baxter for pretrial proceedings in accordance with the Magistrates Act, 28 U.S.C. § 636(b)(1), and Rules 72.1.3 and 72.1.4 of the Local Rules for Magistrates. On July 25, 2006, the case was reassigned to the undersigned District Judge and referred to Magistrate Judge Lisa Pupo Lenihan.

Magistrate Judge Baxter's report and recommendation, filed on July 24, 2006 recommended that the instant civil rights action be dismissed for failure to prosecute. Service was made on Plaintiff at FZ-0936, P.O. Box 200, Camphill, Pennsylvania 17001. No objections to the report and recommendation were filed. After review of the pleadings and documents in the case, together with the report and recommendation, the following order is entered:

AND NOW, this 26th day of Au___, 2006;

IT IS HEREBY ORDERED that the instant civil action is **DISMISSED** for failure to prosecute.

The report and recommendation of Magistrate Judge Baxter, dated July 24, 2006, is adopted as the opinion of the Court.

/s/ Gary L. Lancaster
Gary L. Lancaster
United States District Judge

cc: Lisa Pupo Lenihan
U.S. Magistrate Judge

Fabian Roque
FZ-0936
P.O. Box 200
Camphill, PA  17001